■ In the Matter of the Estate of J. S. JOHNSON, Deceased. BARBARA P. JOHNSON, Appellant, v SHEARMAN & STERLING et al., Respondents.—Order, Surrogate's Court, New York County (Marie Lambert, S.), entered on August 26, 1988, unanimously affirmed, without costs and without disbursements. The motion by respondent Shearman & Sterling to file a surreply brief is denied. No opinion. Concur—Murphy, P. J., Asch, Milonas and Ellerin, JJ. *[See,* 142 Misc 2d 388.]

■ In the Matter of 85 BROAD STREET ASSOCIATES et al., Appellants, v TURNER CONSTRUCTION COMPANY, Respondent.— Judgment, Supreme Court, New York County (Kristin Glen, J.), entered on June 28, 1988, unanimously affirmed for the reasons stated by Kristin Glen, J. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur —Murphy, P. J., Asch, Milonas, Ellerin and Wallach, JJ.